UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELMOSTAFA AIT SALAH,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>    Defendant. | CASE NO.: 3:22-CV-00733<br><br>JUNE 1, 2022 |

**JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE
FOR EARLY SETTLEMENT CONFERENCE**

Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") and Plaintiff Elmostafa Ait-Salah hereby request a referral to a Magistrate Judge for purposes of an early settlement conference.

In addition, Amtrak also respectfully requests a stay of the deadline to Answer or otherwise respond to the Plaintiff's Complaint and a stay of the deadline by which the Parties must file a 26(f) Report until after the settlement conference has concluded, if unsuccessful.

Dated: June 1, 2022

Respectfully submitted,
/s/ *Maura A. Mastrony*
Maura A. Mastrony (ct27787)
Lindsay M. Rinehart (ct30921)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mmastrony@littler.com
lrinehart@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ *Maura A. Mastrony*
Maura A. Mastrony